**ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Susan van Keulen<br>U.S. Magistrate Judge | **RE:** | ALVAREZ, Eliazar |
| **FROM:** | Yaneyla Arevalo Arellano<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:25-cr-00242-NW-1 |
| **Date:** | November 14, 2025 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Yaneyla Arevalo Arellano | 408-535-5027 |
| U.S. Pretrial Services Office | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

    A.    Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

*/s/ Susan van Keulen*              November 14, 2025
**JUDICIAL OFFICER**                  **DATE**